UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIE L. BANKS,

                       Plaintiff,

  -against-

SIMMONS FIRST NATIONAL BANK, et al.,

                       Defendants.
-----------------------------------------------------------------X

JUDGMENT
97-CV- 4805 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 2 2006 ★

BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on May 22, 2006, dismissing all remaining claims in this action; and certifying pursuant § 1915(a)(3) that any appeal from this order would not be taken in good faith; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that judgment is hereby entered dismissing all claims in this action; and that pursuant to § 1915 (a)(3) any appeal from this order would not be taken in good faith.


Dated: Brooklyn, New York
       June 02, 2006

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court